**No. 10-6393. Marlin E. Jones, Petitioner v. City of North Platte, Nebraska, et al.**

562 U.S. 1173, 131 S. Ct. 989, 178 L. Ed. 2d 818, 2011 U.S. LEXIS 530.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1047, 131 S. Ct. 603, 178 L. Ed. 2d 440, 2010 U.S. LEXIS 8907.

**No. 10-6419. Ronnie Blade, Petitioner v. United States.**

562 U.S. 1173, 131 S. Ct. 989, 178 L. Ed. 2d 818, 2011 U.S. LEXIS 456.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 988, 131 S. Ct. 430, 178 L. Ed. 2d 334, 2010 U.S. LEXIS 8293.

**No. 10-6452. Bradford Metcalf, Petitioner v. United States.**

562 U.S. 1173, 131 S. Ct. 989, 178 L. Ed. 2d 818, 2011 U.S. LEXIS 154.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 989, 131 S. Ct. 432, 178 L. Ed. 2d 336, 2010 U.S. LEXIS 8229.

**No. 10-6461. Joseph L. Rainey, Petitioner v. United States.**

562 U.S. 1173, 131 S. Ct. 989, 178 L. Ed. 2d 818, 2011 U.S. LEXIS 135.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 989, 131 S. Ct. 432, 178 L. Ed. 2d 336, 2010 U.S. LEXIS 8162.

**No. 10-6466. Harold John Holmes, Jr., Petitioner v. United States.**

562 U.S. 1173, 131 S. Ct. 989, 178 L. Ed. 2d 818, 2011 U.S. LEXIS 541.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 989, 131 S. Ct. 433, 178 L. Ed. 2d 336, 2010 U.S. LEXIS 8308.

**No. 10-6478. Raheem Taylor, Petitioner v. New Jersey, et al.**

562 U.S. 1173, 131 S. Ct. 989, 178 L. Ed. 2d 818, 2011 U.S. LEXIS 275.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1048, 131 S. Ct. 607, 178 L. Ed. 2d 442, 2010 U.S. LEXIS 8989.

**No. 10-6483. Anthony Garvins, Petitioner v. Dave Burnett, et al.**

562 U.S. 1173, 131 S. Ct. 989, 178 L. Ed. 2d 818, 2011 U.S. LEXIS 123.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1048, 131 S. Ct. 607, 178 L. Ed. 2d 443, 2010 U.S. LEXIS 8812.